THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MARGARET BEAVERS, PLAINTIFF IN ERROR.

Submitted March 27, 1916—Decided June 19, 1916.

On error to the Supreme Court, in which the following *per curiam* was filed:

"Defendant was convicted of keeping disorderly house and brings error, assigning following reasons:

"1. No evidence to sustain the charges.

"This is not true, the evidence is ample.

"2. No evidence that defendant had knowledge of or power to suppress the acts constituting the crime. The proof is that she was present taking the money for the illegal use of rooms.

"3. That the witness Rosenberg was allowed to testify to a conversation with a girl he was taking to the defendant's house. To this there was no exception taken nor action by the court.

"4. Error in charging jury that knowledge of disorderly place may be brought to the accused by evidence showing a course of conduct from which it may be inferred. This is not error. The assignments are without merit.

"Judgment will be affirmed."

For the plaintiff in error, *Frank M. McDermit.*

For the defendant in error, *Frederick F. Guild,* prosecutor of the pleas, and *Wilbur A. Mott,* assistant prosecutor of the pleas.

PER CURIAM.

The judgment under review will be affirmed, for the reasons set forth in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 13.

*For reversal*—None.